```
                 UNITED STATES DISTRICT COURT
                  DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Cr. No. 18-10450-MLW |
| ) | |
| ERICK LOPEZ FLORES, ) | |
| HENRI SALVADOR GUTIERREZ, ) | |
| ELISEO VAQUERANO CANAS, ) | |
| JONATHAN TERCERO YANES, ) | |
| MARLOS REYES, and ) | |
| DJAVIER DUGGINS, ) | |
| Defendants. ) | |

MEMORANDUM AND ORDER

WOLF, D.J.                                                June 24, 2020

For the reasons discussed at the June 23, 2020 scheduling conference, it is hereby ORDERED that:

1. The government and counsel for defendant Djavier Duggins shall continue to confer and report further by June 29, 2020, whether they have reached an agreement on any issues relating to Duggins' pending motions or any other matter.

2. The government and counsel for each of the defendants shall report by June 30, 2020, whether, in their view, the court should issue, pursuant to Rule 83.2.2(1) of the Local Rules of the United States District Court for the District of Massachusetts, an order that the attorneys in this case and all Department of Justice personnel obey Local Rule 83.2.1 and 28 C.F.R. §50.2. See United States v. Flemmi, 233 F. Supp. 2d 75, 78-81, 86, 88-89 (D. Mass. 2000).

3. Defendants shall, by July 24, 2020, file any notice required by Federal Rule of Criminal Procedure 12.2(a) or (b). The court may provide additional time for any such notice to be filed, or allow it to be filed late, if there is good cause to do so. See Fed. R. Crim. P. 12.2(a).

4. A hearing on defendant Henri Salvador Gutierrez's Motion to Dismiss and Motion to Strike Surplusage (Dkt. Nos. 133, 134) will commence on August 17, 2020, at 2:00 p.m., and continue from day to day if necessary. Salvador Gutierrez shall, by July 24, 2020, state whether he consents to having the hearing conducted by videoconference if his personal presence would otherwise be required by Federal Rule of Criminal Procedure 43 and the court decides that in view of the COVID-19 pandemic conducting the hearing in the courtroom would not be prudent.

5. The government and counsel for each defendant shall confer and, by September 4, 2020, report whether an agreement to resolve this case against any or all defendants has been reached. If not, the parties shall continue to confer and propose a date by which they shall report again.

6. Any motions to dismiss, motions to suppress, and motions in limine shall be filed by September 30, 2020. The court will allow motions for leave to file additional motions at a later date if there is good cause to do so.

7.   The parties shall order the transcript of the June 23, 2020 conference.

                                                                               /s/ Mark L. Wolf
                                                                       UNITED STATES DISTRICT JUDGE