IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ERICK LOPEZ-FLORES, et al. | No. 18-cr-10450-MLW |

## RESPONSE TO COURT ORDER

In response to this Court's Memorandum and Order date June 24, 2020 [DE 216], undersigned counsel states that no order directing record counsel to comply with Local Rule 83.2.1 is necessary. Undersigned counsel takes no position on whether an order should issue directing DOJ personnel to comply with 28 C.F.R. § 50.2.

Respectfully submitted,

ERICK LOPEZ-FLORES
by his attorney,

*/s/ William Fick*
WILLIAM W. FICK, ESQ. (BBO # 650562)
FICK & MARX LLP
24 Federal Street, 4th Floor
Boston, MA 02110
(857) 321-8360
WFICK@FICKMARX.COM

## Certificate of Service

I certify that this document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on June 30, 2020.

/s/ William W. Fick
William W. Fick