UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
UNITED STATES OF AMERICA        )
                                )
          v.                    )     Cr. No. 18-10450-MLW
                                )
ERICK LOPEZ FLORES,             )
HENRI SALVADOR GUTIERREZ,       )
ELISEO VAQUERANO CANAS,         )
JONATHAN TERCERO YANES,         )
MARLOS REYES, and               )
DJAVIER DUGGINS,                )
     Defendants.                )
```

MEMORANDUM AND ORDER

WOLF, D.J.                                      July 28, 2020

For the reasons described at the hearing on July 27, 2020, it is hereby ORDERED that:

1. Defendant Djavier Duggins' Assented-to Motion for Extension of Time to Provide Sealed Submissions (Dkt. No. 261) is ALLOWED.

2. Duggins' Motion to Review Order of Detention (Dkt. No. 92) and Second Motion to Review His Order of Detention (Dkt. No. 131) are DENIED.

3. The government and counsel for Duggins shall confer and, by September 4, 2020, report whether an agreement to resolve this case against Duggins has been reached. If not, the parties shall continue to confer and propose a date by which they shall report again.

4.   Any motions to dismiss, motions to suppress, and motions in limine concerning the case against Duggins shall be filed by August 24, 2020. Any oppositions to such motions shall be filed by September 14, 2020. Any replies shall be filed by September 28, 2020. A hearing on any such motions shall begin on October 14, 2020, at 10:00 a.m., and continue from day to day if necessary.

5.   To the maximum extent reasonably possible, the government shall, by August 10, 2020, disclose to Duggins concerning the case against him: (a) the material exculpatory information identified in Local Rule 116.2 that has not been previously produced;[1] and (b) a general description (including the approximate date, time, and place) of any crime, wrong, or act the government proposes to offer pursuant to Fed. R. Evid. 404(b).

6.   The deadlines as stated in the June 24, 2020 Memorandum and Order (Dkt. No. 216) remain unchanged as to Duggins' co-defendants.

7.   Defendant Eliseo Vaquerano Canas' request for a 30-day extension to provide notice under Federal Rule of Criminal Procedure 12.2(b) (Dkt. No. 266) is ALLOWED.

---

[1]   "Material" in this context is to be construed consistent with the decision in United States v. Safavian, 233 F.R.D. 12, 16 (D.D.C. 2005) (Friedman, J.).

8.   Counsel for the government and each of the defendants shall confer and report, by August 7, 2020: (a) their views on defendant Henri Salvador Gutierrez's Federal Rule of Criminal Procedure 12.2(b) Notice (Dkt. No. 259); (b) whether the court should order an evaluation of Salvador Gutierrez, pursuant to Federal Rule of Criminal Procedure 12.2(c)(1)(A), to determine his competency; and (c) whether, pursuant to Rule 12.2(c)(1)(B), the court should order an examination of Salvador Gutierrez's mental condition for any other reason and, if so, the questions it should address and the procedures that should be ordered.

9.   The parties shall order the transcript of the July 27, 2020 hearing.

UNITED STATES DISTRICT JUDGE