UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | Cr. No. 18-10450-MLW |
| ) | |
| ERICK LOPEZ FLORES, ) | |
| HENRI SALVADOR GUTIERREZ, ) | |
| ELISEO VAQUERANO CANAS, ) | |
| JONATHAN TERCERO YANES, ) | |
| MARLOS REYES, and ) | |
| DJAVIER DUGGINS, ) | |
| Defendants. ) | |

ORDER

WOLF, D.J.                                               August 12, 2020

At the August 17, 2020 hearing concerning defendant Henri Salvador Gutierrez's Motion to Dismiss (Dkt. No. 133) and Motion to Strike Surplusage (Dkt. No. 134), the court intends also to discuss issues of possible recusal not fully addressed in defendants' responses to the July 27, 2020 Order (Dkt. No. 271), and issues relating to Salvador Gutierrez's Rule 12.2 notice, including whether an evaluation of his mental condition is appropriate, as discussed in the July 28, 2020 Order (Dkt. No. 273). Accordingly, it is hereby ORDERED that:

1. Unless a motion to excuse is allowed, counsel for defendants Erick Lopez Flores, Eliseo Vaquerano Canas, Jonathan Tercero Yanes, Marlos Reyes, and Djavier Duggins shall appear at the August 17, 2020 hearing. Counsel for all parties shall be prepared to discuss the foregoing issues.

2.   Reyes shall, by August 13, 2020, respond to the July 27, 2020 Order (Dkt. No. 271).

3.   Salvador Gutierrez, Tercero Yanes, Reyes, and Duggins shall, by August 13, 2020, respond to paragraph 8 of the July 28, 2020 Order (Dkt. No. 273). See id. ¶8.

/s/ Mark L. Wolf
UNITED STATES DISTRICT JUDGE