UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. 18-10450-MLW |
| | ) | |
| ERICK LOPEZ FLORES, | ) | |
| HENRI SALVADOR GUTIERREZ, | ) | |
| ELISEO VAQUERANO CANAS, | ) | |
| JONATHAN TERCERO YANES, | ) | |
| MARLOS REYES, and | ) | |
| DJAVIER DUGGINS, | ) | |
| Defendants. | ) | |

ORDER

WOLF, D.J.                                            October 5, 2020

The court has reviewed the parties' submissions concerning defendant Henri Salvador Gutierrez's motion for a bill of particulars (Dkt. No. 327), Salvador Gutierrez's motion for extension of time to file a motion to suppress (Dkt. No. 330), defendant Eliseo Vaquerano Canas' motion for extension of time to file a notice pursuant to Federal Rule of Criminal Procedure 12.2 (Dkt. No. 332), defendant Djavier Duggins' motion in limine and his motion to exceed the page limit (Dkt. Nos. 333, 334), Duggins' motion for extension of time to file additional motions in limine (Dkt. No. 336), defendants Jonathan Tercero Yanes and Vaquerano Canas' joinder and joint motion in limine and their motion to file the motion in limine under seal (Dkt. Nos. 356, 357), Salvador Gutierrez's motion for injunctive relief (Dkt. No. 349), and the

government's partially assented-to motion for exclusion of time (Dkt. No. 338).

It is hereby ORDERED that:

1.    Salvador Gutierrez's Motion for Extension of Time to File a Motion to Suppress (Dkt. No. 330) is ALLOWED.

2.    Vaquerano Canas' Request for Additional Time to Provide Notice of Evidence Pursuant to Rule 12.2(b) (Dkt. No. 332) is ALLOWED.

3.    Duggins' Motion to Exceed the Twenty Page Limit for the Motion in Limine to Preclude Hearsay Testimony (Dkt. No. 333) is ALLOWED.

4.    Duggins' Motion to Extend Time for Filing of Additional Motions in Limine (Dkt. No. 336) is ALLOWED.

5.    Tercero Yanes and Vaquerano Canas' Motion to Seal Their Joint Motion in Limine (Dkt. No. 356) is ALLOWED, without prejudice to reconsideration, and they shall file a redacted copy of the joint motion by October 13, 2020.

6.    As Duggins has pending motions which require a hearing, the Speedy Trial Clock is stopped with regard to him.    See 18 U.S.C. §3161(h)(1)(D).

7.    The government's Partially Assented-to Motion for Order Excluding Time under the Speedy Trial Act (Dkt. No. 338), to which Duggins' co-defendants agree, is ALLOWED, and, therefore, all time from June 2, 2020 through February 1, 2021, is excluded in the

2

interests of justice.   <u>See</u> 18 U.S.C. §3161(h)(1)(D), (h)(6) & (h)(7).

7.   The hearing scheduled for October 14, 2020, is CANCELLED because, due to extensions that have been granted, the relevant motions will not be fully briefed until October 15, 2020.

8.   A prehearing conference shall be held by videoconference at 1:30 p.m. on October 22, 2020.

9.   A hearing on all pending motions shall begin, possibly by videoconference, at 10:00 a.m. on October 29, 2020, and continue from day to day if necessary.

UNITED STATES DISTRICT JUDGE