UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.            )<br>)<br>ERICK LOPEZ FLORES,          )<br>HENRI SALVADOR GUTIERREZ,    )<br>ELISEO VAQUERANO CANAS,      )<br>JONATHAN TERCERO YANES,      )<br>MARLOS REYES, and            )<br>DJAVIER DUGGINS,             )<br>     Defendants.             ) | Cr. No. 18-10450-MLW |

<u>ORDER</u>

WOLF, D.J.                                          October 6, 2020

The court has reviewed defendants Jonathan Tercero Yanes, Eliseo Vaquerano Canas, and Henri Salvador Gutierrez's Joint, Assented to Motion to Extend Filing Deadlines (Dkt. No. 359) (the "Motion"), which was filed under seal. The Motion was evidently written before the parties considered the October 5, 2020 Order (Dkt. No. 358), which granted defendants additional time to file certain pretrial motions and postponed the hearing scheduled to begin on October 14, 2020 to October 29, 2020.

The Motion is being allowed in part and denied in part. Defendant Djavier Duggins objects to the Motion to the extent it would delay the hearing on his pending motion in limine to exclude certain statements of Salvador Gutierrez, which Vaquerano Canas and Tercero Yanes have joined and supplemented, and possibly impact the February 1, 2021 trial date. Duggins' motion was filed on

September 4, 2020. The government's response to it and the related motion of his co-defendants is due October 8, 2020, and replies are due October 15, 2020. Salvador Gutierrez's counsel explained the theory of his motion to suppress at the June 23, 2020 hearing. See June 23, 2020 Tr. 15-19 (Dkt. No. 238). He has previously received extensions of time to file that motion and has had ample time to prepare it. As Salvador Gutierrez's motion to suppress and his co-defendants' motions in limine concerning his statements will raise common issues, the court intends to hear them together.

In view of Duggins' objection concerning maintaining the February 1, 2021 trial date, among other things, it is hereby ORDERED that:

1. The Motion (Dkt. No. 359 under seal) is DENIED to the extent that it seeks to alter the previously ordered briefing schedule for the motions in limine concerning Salvador Gutierrez's statements and Salvador Gutierrez's motion to suppress. The government shall file its opposition to the motion to suppress by October 22, 2020.

2. The Motion is ALLOWED to the extent defendants request permission to file additional motions in limine, motions to suppress, and/or motions to dismiss by November 2, 2020. The government's oppositions shall be filed by November 12, 2020, and any replies shall be filed by November 19, 2020.

2

3.   The moving defendants shall file a redacted copy of the Motion forthwith.

/s/ Mark L. Wolf
UNITED STATES DISTRICT JUDGE