```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

|  |  |
|---|---|
| UNITED STATES OF AMERICA        ) | |
|                                 ) | |
| v.                              ) | Cr. No. 18-10450-MLW |
|                                 ) | |
| ERICK LOPEZ FLORES,             ) | |
| HENRI SALVADOR GUTIERREZ,       ) | |
| ELISEO VAQUERANO CANAS,         ) | |
| JONATHAN TERCERO YANES,         ) | |
| MARLOS REYES, and               ) | |
| DJAVIER DUGGINS,                ) | |
|     Defendants.                 ) | |

ORDER

WOLF, D.J.                                          October 22, 2020

For the reasons discussed in court at the October 23, 2020 conference, it is hereby ORDERED that:

1. Defendant Henri Salvador Gutierrez's Motion for Injunctive Relief (Dkt. No. 349) is DENIED without prejudice.

2. Salvador Gutierrez's Motion for Further Extension of Time to File a Motion to Suppress (Dkt. No. 367) is ALLOWED. Salvador Gutierrez shall file his motion to suppress, and any other defendant shall file any related motion in limine, by November 2, 2020. The government shall respond by November 16, 2020. Any reply shall be filed by November 23, 2020.

3. The October 29, 2020 hearing is CANCELLED.

4. Criminal Justice Act counsel shall be appointed to advise Salvador Gutierrez before the court questions Salvador Gutierrez and his attorney George G. Gormley concerning whether

Mr. Gormley has a conflict of interest relating to the mail sent to Salvador Gutierrez on counterfeit stationery.

    5.    Counsel for each of the defendants and the government shall confer and report, jointly if possible, by October 27, 2020, concerning whether they propose any amendments to the Protective Order (Dkt. No. 55) or any protocols regarding it that they request the court adopt.

    6.    If a party wishes to move for extension of time to make any submission, he shall do so at least three business days prior to the deadline for that submission.

    7.    The parties shall order the transcript of the October 22, 2020 conference on an expedited basis.

/s/ Mark L. Wolf
UNITED STATES DISTRICT JUDGE