IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ERICK LOPEZ-FLORES | No. 18-cr-10450-MLW |

**ASSENTED-TO MOTION TO CONTINUE SENTENCING HEARING<br>AND ASSOCIATED DEADLINES**

Defendant, Erick Lopez-Flores, with the assent of the government, respectfully requests that the sentencing hearing in this case, currently scheduled for November 30, 2020, be continued to a date on or after January 10, 2020, and that other pre-sentence deadlines (including PSR objections) be adjusted accordingly.

As previously noted, Mr. Lopez wishes to be sentenced at an in-person proceeding—not by Zoom videoconference—to the extent that may affect the Court's logistical arrangements and scheduling.

As grounds for this motion, undersigned counsel states:

1. The Wyatt Detention Facility, where Mr. Lopez is detained, is in the midst of an emergent COVID-19 outbreak. Undersigned counsel is informed that as of this date, there are 81 active infections among detainees, 15 active infections among staff, and some additional number who are now deemed "recovered" and no longer counted among "active" cases.

2. On October 19, 2020, USMS formally notified undersigned counsel that Mr. Lopez was among the detainees who had tested positive for COVID-19.

3. As a result of Mr. Lopez' illness and infection control measures within the facility, one of several "Zoom" sessions with the neuropsychologist engaged to evaluate Mr.

Lopez was cancelled. In addition, undersigned counsel has not had adequate opportunity to confer with Mr. Lopez concerning the draft PSR and other sentencing-related matters.

4. Undersigned counsel is informed that Wyatt has temporarily suspended all detainee transfers to Court.

In light of the foregoing, additional time is required to prepare sentencing submissions.

Respectfully submitted,

ERICK LOPEZ-FLORES
by his attorney

*/s/ William Fick*
WILLIAM W. FICK, ESQ. (BBO # 650562)
FICK & MARX LLP
24 Federal Street, 4th Floor
Boston, MA 02110
(857) 321-8360
WFICK@FICKMARX.COM

**Certificate of Service**

I, William Fick, certify that I have caused a true copy of this motion to be served on all counsel of record via CM/ECF on September 21, 2020.

/s/ William Fick