UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Cr. No. 18-10450-MLW |
| | ) |
| ERICK LOPEZ FLORES, | ) |
| HENRI SALVADOR GUTIERREZ, | ) |
| ELISEO VAQUERANO CANAS, | ) |
| JONATHAN TERCERO YANES, | ) |
| MARLOS REYES, and | ) |
| DJAVIER DUGGINS, | ) |
| Defendants. | ) |

AMENDED ORDER

WOLF, D.J.                                       January 4, 2021

On December 21, 2020, the court allowed the government's assented-to motion for an extension of time to respond to defendant Henri Salvador Gutierrez's motion to suppress statements made to another inmate in October 2018, in which his co-defendants have joined. See Dkt. No. 533 (collectively, the "Motion"). The government's opposition is now due on January 8, 2021, and any replies must be filed by January 15, 2021. Id. As the parties anticipated, the revised briefing schedule raises the question of when the court should commence the hearings on all pending motions, which are now scheduled to begin on January 19, 2021. See Dkt. No. 476. There are several unanswered questions that are relevant to that question.

Therefore, it is hereby ORDERED that:

1.   Counsel shall confer and, by January 11, 2021, report, jointly if possible, concerning: (a) whether each defendant consents to the hearing on the Motion, including testimony, being conducted by videoconference; (b) whether each defendant consents to the hearing on any other pending motion that requires testimony being conducted by videoconference; (c) whether the government objects to any hearing requiring testimony being conducted by videoconference; (d) the number of witnesses expected to testify concerning each motion and the approximate amount of time the testimony of each should require; and (e) any other issues relevant to scheduling.

2.   A scheduling conference shall be held on January 13, 2021, at 1:30 p.m.


UNITED STATES DISTRICT JUDGE