UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                                         )<br>)<br>ERICK LOPEZ FLORES,                       )<br>HENRI SALVADOR GUTIERREZ,         )<br>ELISEO VAQUERANO CANAS,             )<br>JONATHAN TERCERO YANES,             )<br>MARLOS REYES, and                             )<br>DJAVIER DUGGINS,                             )<br>    Defendants.                                          ) | Cr. No. 18-10450-MLW |

MEMORANDUM AND ORDER

WOLF, D.J.                                                                        January 25, 2021

The First Circuit has held that a defendant's Sixth Amendment right to confront witnesses against him "has historically applied to testimony elicited at, and evidence produced for, trial," and does not extend to pretrial proceedings. <u>United States v. Mitchell-Hunter</u>, 663 F.3d 45, 51 (1st Cir. 2011). Therefore, the court is now considering whether it is permissible and appropriate to conduct an evidentiary hearing on the pending motions to suppress, and related motions in limine, by videoconference, rather than in the courtroom. It is hereby ORDERED that the parties shall be prepared to discuss this possibility at the January 26, 2021 hearing.

/s/ Mark L. Wolf
UNITED STATES DISTRICT JUDGE