```
                   UNITED STATES DISTRICT COURT
                    DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA       )
                               )
          v.                   )    Cr. No. 18-10450-MLW
                               )
ERICK LOPEZ FLORES,            )
HENRI SALVADOR GUTIERREZ,      )
ELISEO VAQUERANO CANAS,        )
JONATHAN TERCERO YANES,        )
MARLOS REYES, and              )
DJAVIER DUGGINS,               )
     Defendants.               )
```

## ORDER

WOLF, D.J.                                        January 26, 2021

As discussed at the January 26, 2021 hearing, it is hereby ORDERED that:

1. The parties shall, by February 5, 2021, file memoranda addressing whether Salvador Gutierrez's statements to CW-13 are admissible pursuant to Fed. R. Evid. 804(b)(3).

2. Any replies shall be filed by February 10, 2021.

3. A hearing by videoconference, which will not include testimony, concerning defendant Djavier Duggins's motion to exclude statements by codefendants to government informants (Dkt. No. 334), addressing the admissibility of those statements under Fed. R. Evid. 804(b)(3) and/or Fed. R. Evid. 801(d)(2)(E), shall begin on February 17, 2021 at 10:00 a.m. and continue from day to day until concluded. All defendants who have not pled guilty shall attend.

4. The parties shall order the transcript of the January 26, 2021 hearing on an expedited basis.

                                                     /s/ Mark L. Wolf
                                        UNITED STATES DISTRICT JUDGE