UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | |
| ERICK LOPEZ FLORES, ) | Cr. No. 18-10450-MLW |
| HENRI SALVADOR GUTIERREZ, ) | |
| ELISEO VAQUERANO CANAS, ) | |
| JONATHAN TERCERO YANES, ) | |
| MARLOS REYES, and ) | |
| DJAVIER DUGGINS, ) | |
| Defendants. ) | |

MEMORANDUM AND ORDER

WOLF, D.J.                                                         April 13, 2021

The court has reviewed the parties' submissions concerning whether defendants Henri Salvador Gutierrez and Jonathan Tercero Yanes have a right to have the hearing on Salvador Gutierrez's Motion to Suppress Coerced Statements (Dkt. No. 486) conducted in the courtroom rather than by videoconference. The court continues to find that it would be permissible to conduct the hearing by videoconference because doing so would not violate defendants' Sixth Amendment rights to confront witnesses against them and to effective assistance of counsel, or their Fifth Amendment right to due process. See United States v. Lattimore, No. CR 20-123 (TFH), 2021 WL 860234 (D.D.C. Mar. 8, 2021); United States v. Lawson, No. 520CR060GFVTMAS1, 2020 WL 6110969 (E.D. Ky. Oct. 16, 2020); United States v. Rosenschein, 474 F.Supp.3d 1203, (D.N.M. Jul. 23, 2020).

Nevertheless, the court finds it would be preferable to conduct the hearing in the courtroom when, in view of the COVID-

19 pandemic, it is prudent to do so, particularly after the participants have had an opportunity to be fully vaccinated. Therefore, the hearing on Salvador Gutierrez's Motion to Suppress Coerced Statements and other pending motions, previously scheduled to begin on April 26, 2021, shall begin instead on May 19, 2021, at 9:30 a.m., and continue from day to day until concluded.

                                                UNITED STATES DISTRICT JUDGE