UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. 18-10450-MLW |
| | ) | |
| ERICK LOPEZ FLORES, | ) | |
| HENRI SALVADOR GUTIERREZ, | ) | |
| ELISEO VAQUERANO CANAS, | ) | |
| JONATHAN TERCERO YANES, | ) | |
| MARLOS REYES, and | ) | |
| DJAVIER DUGGINS, | ) | |
| Defendants. | ) | |

ORDER

WOLF, D.J.                                                August 16, 2021

It is hereby ORDERED that:

1.   Defendants Jonathan Tercero Yanes, Henri Salvador
Gutierrez, Eliseo Vaquerano Canas, and Erick Lopez Flores's
Joint Motion to Continue Sentencing Hearings and Associated
Deadlines (Dkt. No. 675) is ALLOWED.

2.   A sentencing hearing for defendants Jonathan Tercero
Yanes, Henri Salvador Gutierrez, Eliseo Vaquerano Canas, Erick
Lopez Flores, Marlos Reyes, and Djavier Duggins shall begin on
December 15, 2021, at 10:00 a.m., and continue day to day until
concluded.

3.   The parties shall, by December 1, 2021, file
sentencing memoranda and anything else they request that the
court consider. The memoranda shall identify any factual
disputes that may require testimony, identify the potential

witnesses, and estimate how much time will be necessary for each witness's testimony.

4.    A conference concerning sentencing shall be held on December 7, 2021, at 2:00 p.m.

5.    The parties shall comply with the attached Procedural Order re: Sentencing Hearing (Dkt. No. 685).

6.    Defendant Henri Salvador Gutierrez's Motion for Transcripts at Government Expense (Dkt. No. 683) is ALLOWED.

UNITED STATES DISTRICT JUDGE

2