IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ERICK LOPEZ-FLORES | No.  18-cr-10450-MLW |

**DECLARATION OF GARY SLUTKIN, M.D.,
ON BEHALF OF DEFENDANTS LOPEZ-FLORES, VAQUERANO-CANAS.
TERCERO-YANES, AND SALVADOR-GUTIERREZ**

The above-mentioned defendants hereby file a Redacted version of the Declaration of Dr.

Gary Slutkin, previously filed under seal. Dr. Slutkin's CV is appended to the Declaration.

Exhibits A-C contain several scholarly publications by Dr. Slutkin:

- Ex. A - Slutkin, G. et a., "Violence Is a Contagious Disease: Theory and Practice in the USA and Abroad," *Violence, Trauma, and Trauma Surgery* ch. 5:67-85

- Ex. B - Slutkin G. et. al., "How the Health Sector Can Reduce Violence by Treating it as a Contagion," *AMA Journal of Ethics*, Vol. 20 N.1: 47-55

- Ex. C - Slutkin, G., "Violence is a Contagious Disease," *National Academy of Sciences*.

Respectfully submitted,

ERICK LOPEZ-FLORES
by his attorneys,

/s/  William W. Fick
WILLIAM W. FICK, ESQ.
AMY BARSKY, ESQ.
FICK & MARX LLP
24 Federal Street, 4th Floor
Boston, MA 02110
(857) 321-8360
WFICK@FICKMARX.COM
ABARSKY@FICKMARX.COM

HENRI SALVADOR GUTIERREZ
by his attorney,

/s/ George F. Gormley
GEORGE F. GORMLEY, P.C.
160 Old Derby Street, Suite 456
Hingham, MA 02043
617-268-2999
Fax: 617-268-2911
GFGORMLEY@AOL.COM

ELISEO VAQUERANO CANAS
by his attorney,

/s/ Jessica Hedges
JESSICA D. HEDGES, ESQ.
HEDGES & TUMPOSKY, LLP
50 Congress Street, Suite 600
Boston, MA 02109
617-722-8220
HEDGES@HTLAWYERS.COM

JONATHAN TERCERO YANES
by his attorney,

/s/ Len Milligan
MILLIGAN RONA DURAN & KING, LLC
SUITE 600
50 CONGRESS STREET
BOSTON, MA 02109
617-395-9493
LEM@MRDKLAW.COM

**Certificate of Service**

I, William Fick, certify that I have caused a true copy of this motion to be served on all counsel of record via CM/ECF on December 22, 2021.

/s/ William Fick

Dr. Gary Slutkin
227 West Monroe St.
Chicago, IL 60606

**Introduction**

I am writing to offer my expert perspective on violence as a contagious disease and the impact of this scientific view on the appropriate societal response to violence. I also have reviewed the past exposure to violence of Erick Lopez Flores (Lopez), Henri Salvador Gutierrez (Salvador), Eliseo Vaquerano Canas (Vaquerano), and Jonathan Tercero Yanes (Tercero) and offer my opinion about when and how their exposure to violence could have been treated. I have never met with any of the defendants, and I have not accepted any form of payment regarding this case.

I am a physician and epidemiologist formerly of the World Health Organization, the Founder and CEO of Cure Violence, https://cvg.org/ , and an innovator in health, behavior change, and data-based approaches to local and global health problems. I was trained in internal medicine (University of Chicago, University of California, San Francisco), infectious disease (UCSF, San Francisco General Hospital) and in reversing epidemics (World Health Organization). I discovered and demonstrated a practical link between the transmission and spread of infectious epidemics - and violence, including but not limited to urban community violence. My team and I developed, tested, and demonstrated effectiveness in adapting and using this understanding and methods to more than 100 communities in 50 cities and 5 continents. *See* Evidence of Effectiveness, Cure Violence Global (Aug. 2021), https://cvg.org/wp-content/uploads/2021/09/Cure-Violence-Evidence-Summary.pdf .

The Cure Violence model deploys Violence Interrupters, who use specific methods to locate potentially lethal, ongoing conflicts and respond with a variety of conflict mediation techniques, both to prevent imminent violence and to change the norms around the need to use violence. Outreach Workers work with the highest-risk individuals in the community to convey a message of rejecting the use of violence and assist them in obtaining needed services, such as job training and drug abuse counseling.

The Cure Violence model has been independently evaluated multiple times, with each evaluation showing large, statistically significant reductions in gun violence. A 2017 study in New York city found reduction in shootings of 63% in one community; a 2020 study in Cali, Colombia found a 47% reduction in killings; and a 2018 report in San Pedro Sula, Honduras found a 94% reduction in violence. There are additionally findings participants completing their education, obtaining jobs, and addressing other serious issues in their lives.

This approach is now widely adopted and adapted to reduce other forms of violence – domestic, cartel, sectarian, belief-inspired, and prison.[1]

---

[1] I describe this approach in a Ted talk here, https://www.youtube.com/watch?v=CZNrOzgNWf4&ab_channel=TED

**Opening**

The death of Herson Rivas was the result of a horrendous act of violence. Herson Rivas did not deserve to die, and he did not deserve the horrendous violence that was done to him. The life of Herson Rivas was of immense value to his family and the world, and the loss is a tremendous tragedy. The loss of every individual to violence is a tremendous tragedy.

The perspectives offered in this paper do not seek to rationalize, minimize, or excuse in any way the killing of Herson Rivas. The health perspective fundamentally sees violence as abhorrent and recognizes that the consequences of violence are borne not only by the victim, but also families, friends, the community, as well as those who commit the violence.  Herson Rivas was affected by the same contagion that I discuss in this paper and is one of the many victims of this unmanaged, out of control epidemic of violence.

**Violence as a contagion**

Although violence is commonly understood and mostly treated as a problem of "bad" people, the health sector understands it differently. There is no science in moralistic explanations. The health perspective is based in physiology, biology, neuroscience, psychology, and sociology. The evidence from these fields demonstrates that violence is a contagious problem (Slutkin 2013). This means that people who have had significant exposure to violence and have not received sufficient treatment or intervention to address that exposure are predictably at significantly increased risk for perpetrating violence themselves, you might say similar to how those who have had the most exposure to Covid or flu or any other contagious process are predictably more likely to be infected and spread those health contagions.

There are numerous scientific studies that have demonstrated the contagious nature of violence. Violence has been shown to cluster (Sherman et al. 1989; Slutkin 2013; Buhaug & Gleditsch 2008; Gould 1990) and spread geographically (Zeoli et al 2012; Cohen and Tita 1999) just like other epidemic diseases. Many types of violence are transmitted between individuals, including child abuse (Widom, 1999), community violence (Bingenheimer, 2005; Spano, Rivera, & Bolland, 2010), intimate partner violence (Ehrensaft, Cohen, & Brown, 2003), and suicide (Gould 2001; Gould 2010). Furthermore, violence can transmute -- exposure to one form of violence increases not only the likelihood of engaging in that type of violence, but others as well. For instance, exposure to community violence has been shown to increase one's risk of perpetrating domestic violence (Abramsky, et al., 2011) and exposure to war violence one's risk of engaging in community violence (MacManus, et al., 2013).

Further, in recent years, much progress has been made in understanding *how* violent behavior is transmitted. At the individual level, violence is transmitted through social learning or modeling. Many behaviors have been shown to spread in this manner (Christakis & Fowler 2009) because much of our behavior is developed through modeling (Slutkin 2013; Bandura 1977) including and especially violence (Bandura et al. 1961; Akers 1985; Rosenberg 1987). These processes are largely unconscious. People's brains not only copy the observed behavior of their friends, but also their friends' friends, and their friends' friends' friends (Christakis & Fowler 2009). Neurological researchers theorize that mirror

neurons may have something to do with this unconscious learning process, as these brain regions have been shown to fire up both during an action and during observation (Iacoboni 2009; Iacoboni 2005).

At the group level, violent behavior also transmits unconsciously through local social norms and scripts (i.e., what other people do). For example, in a climate of chronic violence in a community, violence becomes the accepted and even expected response to conflict, including even small disputes, perceived slights, or insults. Such acquired or "learned" behaviors include what is seen as "toughness" and quick, violent retribution for transgressions against one's sense of self or insults to one's reputation. Failure to respond can be perceived to be or thought to be perceived to be a sign of weakness with a possible ensuing loss of status which can be thought to predispose the individual to further victimization (Anderson 2000; Wilkinson, 2006). Similarly, local norms and expectations also play a significant role in perpetuating other types of violence, including child abuse (Spinetta and Rugler 1972), intimate partner violence (Ahmad et a. 2004; Yoshioka et al. 2001), bullying (Nesdale et al. 2008), law enforcement violence (Westley 1953; Westley 1970), and post-conflict violent communities (Ember and Ember 1994). In other words, many of these behaviors are simply contagious. And the infectivity is invisible and unconscious.

Neurologically, this transmission of behavior through social norms is thought to occur because social pain associated with exclusion is experienced much like physical pain and in fact the same areas of the brain are involved in processing both types of pain (Eisenberger 2012; Kross 2011; Eisenberger 2008; Eisenberger et al. 2003; Macdonald and Leary 2005). Similarly, social approval has been linked to the dopamine receptors (Baumeister and Leary 1995; Izuma et al. 2008). In other words, social norms transmit behavior through a need to both avoid pain and feel an anticipation of acceptance or much needed approval. These are unconscious processes that simply relate to environmental exposure.

Exposure to violence can be a devastating and lifelong traumatic experience, with profound mental impact and physiological effects (Slutkin, 2013), unless someone is fortunate enough to receive intervention or treatment. Exposure to violence can lead to responses that include aggression, impulsivity, depression, stress, and exaggerated startle responses (Martinez & Richters 1993; Gorman-Smith & Tolan 1998; Hurt et al. 2001; DuRant et al. 1995; Singer et al. 1995; Rosenthal 2000; Schuler and Nair 2001; Mead et al. 2010), as well as changes in our neurochemistry including degrading monoamine neurotransmitters (MAOA), a flood of neuroendocrine responses, and even changes to the brain structure such as hippocampal volume and prefrontal cortex abnormalities (Child Welfare Information Gateway 2015; McCrory et al. 2010; Mead et al. 2010; Wilson et al. 2011; Hanson et al. 2010; Perry 2001).

Still, although the behavior is contagious and even dose dependent, not everyone exposed becomes violent. As with other contagious problems, many very important risk factors determine whether the exposure progresses to a serious problem. Age is a particularly important factor for violence, as it is for diseases such as influenza (Taubenberger and Morens 2006) and tuberculosis (Comstock 1982). Children and adolescents are more susceptible to picking up violent behaviors when exposed because their brains are more malleable (Perry 2001).

Numerous other factors can also affect a person's susceptibility to negative effects from exposure to violence, such as poverty, dysfunctional families, and poor schools, to name a few. These are factors that can make violence worse by increasing the likelihood of spread and increasing the susceptibility of individuals, as other factors may do for contagious diseases.

The dose – essentially the amount or intensity of the exposure to violence – can also affect acquisition of violent behavior. Violence exposure has been shown to have a cumulative effect on trauma (Dubow et al. 2012) and those with chronic exposure have shown a more than 30 times greater risk of future violent behavior than low exposure, with more moderate exposure having an elevated but lower risk (Spano et al. 2010). Context is also important; for example, the presence of peers has a clear effect on whether a person chooses to engage in risk taking behavior (Chein et al. 2011). This dose responsiveness implies an acquired and biological phenomenon (Nelson and Williams 2014).

With these relatively new researched findings, we must begin to understand violence and the development of violent behavior as a contagion, resulting from exposure and susceptibility. Therefore, people who are caught up in the cycle of violence – or have "caught" violence – are in desperate need of care and support to heal, as is provided to individuals with other health problems. Risk of violence can be successfully diagnosed, criteria can be developed and refined to predict it, and people can be successfully and humanely treated to reduce the likelihood of engaging in violence. People can and do change their behavior. There are programs that help people to stop behaving violently (Ross et al. 2013), and there is not an age after which it is too late.

For example, several persons who work at Cure Violence have served years in prison for similarly violent acts and now, after serving sentences and doing rehabilitative work, have been working with the Cure Violence team, helping people to turn their lives around. They were able to make this change through the efforts of outreach workers and mentors who worked with them to change their thinking and address issues with trauma. Cure Violence staff have similar stories for hundreds of people who have changed their lives through the efforts of Cure Violence outreach workers and violence interrupters. Cure Violence staff provide intensive support and a plan to reduce risk tailored to the participant's needs that can include helping them get mental health services, social services, education, and employment. Many people, who are emotional about something that has happened and are about to retaliate against someone, are interrupted from an act of violence and helped to cool down and address their grievance in another manner. Some of these life-changing interruptions are documented in evaluations and media and have been described and shown in detail. Critically, Cure Violence staff interact regularly with those at greatest risk for violence and help to change how people think about the acceptability of violence.  Many evaluations have described the number of ways that clients are given support and the critical role Cure Violence staff play in changing their lives. People that have been helped by Cure Violence staff have gone on to have jobs, have families, buy homes, get college degrees, and even run nonprofit organizations.

When people receive the help and support that they need, they simply become different people than they were when they were younger. People come to see themselves differently. So commonly, their mothers become so proud of them for the change that they have made, and they become an important part of their next chapter of their lives.

**Current Case**

For the case before the court, I have, with the assistance of a member of my staff, reviewed the documents provided by counsel that have given some detail on the personal histories of Mr. Lopez, Mr. Salvador, Mr. Vaquerano, and Mr. Tercero. Each of these persons has had extreme exposure to violence when very young and ongoing.

*Erick Lopez-Flores*

Erick Lopez-Flores was  This is an extreme level of violence that is very likely to have had very significant and horrible effects on Mr. Lopez's health and behavior.

██████████████████████████████████████████████████████████ Witnessing and being victimized by violence are both types of exposure to violence that are highly traumatic when there is a high level of exposure, the violence is significant, and the violence is directed at the individual or someone that they are close with. These exposures would likely add to the already significant risk for Mr. Lopez. There were likely many points in his childhood where care should have been provided to him for the severely traumatic experiences, but he was not provided with care.

The fact that Mr. Lopez was involved in fights in school can be seen as an important indicator that prior exposures to violence were indeed traumatic and affecting his behavior. Had programs and resources been available then as well, this could have been one of many points of intervention that may have very well been preventative.

The additional experiences of having significant head injuries in motor vehicle accidents is also potentially relevant, as indicate by some studies, however this is outside my area of expertise.

*Henri Salvador Gutierrez*

Henri Salvador Gutierrez was ████████████████████████████████████████████████████████████████████████████████████████████████████████████ This level of violence is very likely to have had significant effects on Mr. Salvador's health and behavior.

The fact that ████████████████████████████████████████ can be seen as important indicators that prior exposures to violence were indeed traumatic and affecting his behavior. There were many points where intervention was possible, but not provided. Had programs and resources been available to him and his family, this might also have changed his trajectory.

*Eliseo Vaquerano Canas*

Eliseo Vaquerano Canas was born in one of the hotspots for the civil war in El Salvador, where there had been many public executions including 200 killings in one day.



The fact that Mr. Vaquerano joined a gang and was involved in violence in the community can be seen as clear indicators that he had very high levels of exposures to violence, expected to be highly traumatic and affecting his behavior toward being violent. Had programs and resources been available, this could have been one of many points of intervention that were unfortunately likely missed.

*Jonathan Tercero Yanes*

Jonathan Tercero Yanes was ████████████████████████████████████████████ ███████████████████████████████ This level of violence is very likely to have had significant effects on Mr. Tercero's health and behavior, which is further confirmed by his diagnosis of PTSD.

**Closing**

Mr. Lopez, Mr. Salvador, Mr. Vaquerano, and Mr. Tercero have had incredibly unfortunate lives, and, most specifically, each had highly significant exposure to violence in their formative years, including being victimized and regularly witnessing violence. We know this level of exposure is important to the production of brain and behavioral changes that act as a contagion of violence itself in later lives. It is almost impossible to imagine that this exposure to violence did not significantly affect their health and future behavior, particularly as it pertains to engaging in violence. I do not know of a way for individuals to reliably reverse the effects of the contagion of violence without access to information, education, guidance, mentoring, or specific treatment or intervention. These young men appeared to have had none. There were many indications that they were deeply traumatized, yet not one of them appears to have received any care or support to overcome the trauma. I do not see evidence that anybody ever took this trauma, or specifically the heavy violence exposure, seriously or made any effort to help shift their life courses.

When violence is left untreated, it begets more violence. The exposure to violence creates and leads to spread of violence –in individuals, in the community, and in our country. That is the central conundrum this nation faces, and the reason that violence interruption at an earlier stage is what is needed. Violence interruption, culturally relevant social support, social services, and cognitive-behavioral therapies work.

People who have experienced and transmitted violence can be healed and no longer pose a danger. Our model has been used and replicated all over the country and the world, including in areas most plagued by gang violence, and has led to a 40-70% reductions in shootings and killings in the hardest hit communities. There are many kinds of treatment that can be provided, including for these four individuals.

We urge the court to take into consideration this understanding of violence as a contagion. These four individuals have had a clinically very significant exposure to violence; and as a result, violence can be predicted scientifically to be substantially more likely without intervention, just as when one person gets an infectious disease from another can then pass this on to others.  (*See* attached article – Violence is a Contagious Disease, National Academy of Sciences).  If we can care deeply about developing a future with health and community safety, we must invest in violence interruption in the community to stop the spread of this contagious problem.


Gary Slutkin, MD          December 22, 2021

References

Abramsky, T., Watts, C. H., Garcia-Moreno, C., Devries, K., Kiss, L., Ellsberg, M., ... & Heise, L. (2011). What factors are associated with recent intimate partner violence? Findings from the WHO multi-country study on women's health and domestic violence. BMC public health, 11(1), 1-17.

Ahmad, F., Riaz, S., Barata, P., & Stewart, D. (2004). Patriarchal beliefs and perceptions of abuse among South Asian immigrant women. Violence Against Women, 10, 262–282.

Akers, Ronald L., and Adam L. Silverman. "Toward a social learning model of violence and terrorism." Violence. Routledge, 2014. 27-44.

Anderson, E. (2000). Code of the street: Decency, violence, and the moral life of the inner city. WW Norton & Company.

Bandura, A., & Huston. A. C. (1961). Identification as a process of incidental learning. Journal of Abnormal and Social Psychology, 63, 311‐318.

Bandura, A. (1977). Social Learning Theory. Englewood Cliffs, NJ: Prentice-Hall.

Baumeister, R. F.  and Leary, M. R. (1995). The Need to Belong: Desire for Interpersonal Attachments as a Fundamental Human Motivation. Psychological Bulletin. 117: 497-529.

Bingenheimer, Jeffrey, Robert Brennan, and Felton Earls. (2005). Firearm Violence Exposure and Serious Violent Behavior. Science. 308:1323

Buhaug, H., & Gleditsch, K. S. (2008). Contagion or confusion? why conflicts cluster in space1. International Studies Quarterly, 52(2), 215-233.

Chein, J., Albert, D., O'Brien, L., Uckert, K., & Steinberg, L. (2011). Peers increase adolescent risk taking by enhancing activity in the brain's reward circuitry. Developmental Science, 14, F1–F10.

Child Welfare Information Gateway. (2015). Understanding the effects of maltreatment on brain development. Washington, DC: U.S. Department of Health and Human Services, Children's Bureau.

Christakis, N. A., & Fowler, J. H. (2009). Connected: The surprising power of our social networks and how they shape our lives. Little, Brown Spark.

Cohen, J., & Tita, G. (1999). Diffusion in homicide: Exploring a general method for detecting spatial diffusion processes. Journal of Quantitative Criminology, 15(4), 451-493.

Comstock, G. W. (1982). Epidemiology of Tuberculosis. American Review of Respiratory Disease 125: 8-15.

Dubow, E. F., Boxer, P., Huesmann, L. R., Landau, S., Dvir, S., Shikaki, K., and Ginges, J. (2012). Cumulative Effects of Exposure to Violence on Posttraumatic Stress in Palestinian and Israeli Youth. Journal of Clinical Child & Adolescent Psychology, 41(6), 837–844.

Ehrensaft, M. K., Cohen, P., Brown, J., Smailes, E., Chen, H., Johnson, J. G. (2003). Intergenerational Transmission of Partner Violence: A 20-Year Prospective Study. Journal of Consulting and Clinical Psychology. 71: 741-753.

Eisenberger, N. I. (2012). The pain of social disconnection: examining the shared neural underpinnings of physical and social pain. Nature Reviews Neuroscience, 13(6), 421-434.

Eisenberger N (2008) Understanding the moderators of physical and emotional pain: A neural systems-based approach. Psychol Inq 19(3–4):189–195.

Eisenberger NI, Lieberman MD, Williams KD (2003) Does rejection hurt? An fMRI study of social exclusion. Science 302:290–292.

Ember C.R., and Ember, M. (1994). War, Socialization, and Interpersonal Violence: A Cross-Cultural Study. The Journal of Conflict Resolution, 38, 4: 620-646.

Gorman-Smith, Deborah and Patrick Tolan. (1998) "The role of exposure to community violence and developmental problems among inner-city youth." Development and Psychopathology 10:101-116.

Gould, M. S., Wallenstein, S., & Kleinman, M. (1990). Time-space clustering of teenage suicide. American Journal of Epidemiology, 13 1(1), 71–78.

Gould, M. S., Greenberg, T., Velting, D. M., Shaffer, D. (2010). Youth Suicide Risk and Preventive Interventions: A Review of the Past 10 Years. Journal of the Academy of Child and Adolescent Pysychiatry. 42: 386-405.

Gould, M. S. (2001). Suicide and the Media. Annals of the New York Academy of Sciences. 200-224.

Hanson, J. L., Chung, M. K., Avants, B. B., Shirtcliff, E. A., Gee, J. C., Davidson, R. J., & Pollak, S. D. (2010). Early stress is associated with alterations in the orbitofrontal cortex: A tensor-based morphometry investigation of brain structure and behavioral risk. Journal of Neuroscience, 30, 7466–7472.

Hurt, Hallam MD; Elsa Malmud, PhD; Nancy L. Brodsky, PhD; Joan Giannetta, BA (2001). Exposure to Violence: Psychological and Academic Correlates in Child Witnesses. Pediatrics and Adolescent Medicine Vol. 155 No. 12.

Iacoboni M, Molnar-Szakacs I, Gallese V, Buccino G, Mazziotta JC, et al. (2005) Grasping the Intentions of Others with One's Own Mirror Neuron System. PLoS Biol 3(3): e79.

Iacoboni, M. (2009). Imitation, empathy, and mirror neurons. *Annual review of psychology*, *60*, 653-670.

Izuma, K. (2012). The social neuroscience of reputation. Neuroscience research, 72(4), 283-288.

Kross, E., Berman, M. G., Mischel, W., Smith, E. E., & Wager, T. D. (2011). Social rejection shares somatosensory representations with physical pain. Proceedings of the National Academy of Sciences, 108(15), 6270-6275.

Nesdale, Drew, Kevin Durkin, Anne Maass, and Jeff Kiesner. (2008). Effects of Group Norms on Children's Intentions to Bully. Social Development, 17, 4.

Macdonald, G, and Leary, MR (2005). Why does social exclusion hurt? The relationship between social and physical pain. Psychol Bull 131:202–223.

MacManus, Deirdre, Kimberlie Dean, Margaret Jones, Roberto Rona, Neil Greenburg, Lisa Hull, Tom Fahy, Simon Wessely, and Nicola Fear. (2013). Violent offending by UK military personnel deployed to Iraq and Afghanistan: a data linkage cohort study. The Lancet. 381:907-17.

Martinez, P, and Richters, J. E. (1993). The NIMH community violence project: II. Children's distress symptoms associated with violence exposure. Psychiatry, 22-35.

McCrory, E., De Brito, S. A., & Viding, E. (2010). Research review: the neurobiology and genetics of maltreatment and adversity. Journal of child psychology and psychiatry, 51(10), 1079-1095.

Mead, Hilary K.; Theodore P. Beauchaine; And Katherine E. Shannon. (2010). Neurobiological adaptations to violence across development. Development and Psychopathology 22: 1–22

Perry, B. D. (2001). The neurodevelopmental impact of violence in childhood. Textbook of child and adolescent forensic psychiatry, 221-238.

Rosenberg, M. S. (1987). Children of battered women: The effects of witnessing violence on their social problem-solving abilities. The Behavior Therapist.

Rosenthal, B. S. (2000). Exposure to community violence in adolescents: Trauma symptoms. Adolescence, 35, 271–284.

Ross, J., Quayle, E., Newman, E., & Tansey, L. (2013). The impact of psychological therapies on violent behaviour in clinical and forensic settings: A systematic review. Aggression and Violent Behavior, 18(6), 761-773.

Schuler M E; Nair P. Witnessing violence among inner-city children of substance-abusing and non-substance-abusing women. Archives of Pediatrics & Adolescent Medicine. 2001;155(3):342-6.

Sherman, L.W., P.R. Gartin, and M.E. Buerger. 1989. Hot spots of predatory crime: Routine activities and the criminology of place. Criminology 27:27–55.

 Singer, M. I., Anglin, T. M., Song, L. Y., & Lunghofer, L. (1995). Adolescents' exposure to violence and associated symptoms of psychological trauma. Journal of the American Medical Association, 273, 477-482.Slutkin, G. (2013). "Violence Is a Contagious Disease." The Contagion of Violence. Institute of Medicine. Available at: www.cureviolence.org/wp-content/uploads/2014/01/iom.pdf.

Spano, Richard, Craig Rivera, and John Bolland. (2010). Are Chronic Exposure To Violence and Chronic Violent Behavior Closely Related Developmental Processes During Adolescence? Criminal Justice and Behavior. 37:1160.

Spinetta, John and David Rigler. (1972).  The Child-Abusing Parent: A Psychological Review. Psychological Bulletin, 77, 4: 296-304

Taubenberger, J. K., and Morens, D. M. (2006). 1918 Influenza: the Mother of All Pandemics. Emerging Infectious Diseases, 12, 1: 15-22.

Westley, W. A. (1953). Violence and the Police. American Journal of Sociology. 59: 1.

Westley. W. A. (1970). Violence And The Police - A Sociological Study Of Law, Custom, And Morality. Cambridge: MIT Press.

Wilson, K. R., Hansen, D. J., & Li, M. (2011). The traumatic stress response in child maltreatment and resultant neuropsychological effects. Aggression and Violent Behavior, 16(2), 87–97.

Yoshioka, M. R., DiNoia, J., & Ullah, K. (2001). Attitudes towards marital violence: An examination of four Asian communities. Violence Against Women, 7, 900–926.

Zeoli, A. M., Pizarro, J. M., Grady, S. C., & Melde, C. (2014). Homicide as infectious disease: Using public health methods to investigate the diffusion of homicide. Justice quarterly, 31(3), 609-632.

**GARY SLUTKIN, M.D.**
**Founder and CEO, Cure Violence**
Senior Advisor, World Health Organization (WHO)
Global Fellow, Ashoka: Innovators for Public Good
**Rev 9 Jan 2018**

**EXPERTISE:**
Re-understanding and reducing violence through health based epidemic control methods; uses of community driven ("inside-out") behavior change and outreach; applications and adaptations of WHO international methods to problems of scale; organization and coordination of education, technical assistance and training efforts in U.S., Latin America, Middle East, and Africa.

International health; intervention design and innovation; epidemic disease control; health policy and system development; health and justice equity in policy and practice.

**New initiatives:**
Revise thinking and policies in U.S. from justice to health and fairness lens and practices, through a 40 organization partnership in 40 cities; fairer systems.

Accelerated application of public health methods to reducing violence in selected Middle East and Latin American conflict zones as a new paradigm.

**CAREER SUMMARY**
Dr. Slutkin is a physician and epidemiologist formerly of the World Health Organization, the Founder and CEO of Cure Violence, and an innovator in health, behavior change, and data based approaches to local and global health problems. Cure Violence is listed No. 12 among the top 500 NGOs in the World by The NGO Advisor, and is ranked 1st among organizations devoted to reducing violence.

Dr. Slutkin is trained in internal medicine (University of Chicago, University of California, San Francisco), infectious disease (UCSF, San Francisco General Hospital) and in reversing epidemics (World Health Organization). He discovered and demonstrated a practical link between the transmission and spread of infectious epidemics - and violence, including but not limited to urban community violence. He and his team developed, tested and demonstrated effectiveness in adapting and using these new health methods to 60 communities in 25 cities and 5 continents. This approach is now considered the "approach that will come to prominence" by The Economist. The method is based on work in tuberculosis (TB) control in San Francisco; TB, cholera and child mortality reduction in Somalia; and AIDS behavior change interventions in Uganda, and 15 other African and Asian countries; and in global policy and strategy development.

Director of tuberculosis control for San Francisco, helped reverse epidemic with highest rate of TB in U.S. at time (1981-4); counterpart to national primary health care director in Somalia; co-director cholera control efforts in Somali refugee and national populations (1984- 7); recruited by World Health Organization (WHO) in 1987 to initiate first national programs for AIDS in Central and East Africa; provided direct support to Uganda's AIDS program which resulted in reversal of the epidemic in Uganda – only country to have had a successful reversal for over 10 years; developed and tested the method (sentinel surveillance) for estimating prevalence and trends of HIV infection for African, Asian, and Latin American countries and for global estimates - now used by over 90 countries; created and led the WHO's Intervention Development Office which guided over 120 countries in policy and program methods. The Office of Intervention Development and Support also led the WHO/GPA evaluation methods team. Co-directed WHO/GPA efforts to start 120 country program using 1,500 consultant missions. Consulted on multiple other epidemics including SARS and Ebola.

Returned to U.S. in 1995, developed *Cure Violence;* a new and now scientifically proven strategy for rapidly reducing violent behavior based on behavior change and health/epidemic control methods; demonstrated effective based on several independent studies including by U.S. Department of Justice, CDC, Johns Hopkins, U of C, John Jay College and others using multiple different statistical methods.  The Cure Violence method is endorsed by proclamation as best practice by the U.S. Conference of Mayors, The Global Partnership to End Violence (WHO, UNICEF, PAHO, World Bank, UNODOC, CDC, USAID) as one of seven  strategies endorsed ,  and by Cities for Life.  Being implemented in over 60 communities in twenty-five U.S. cities and five continents (adding several new cites every year).

A national (U.S.) collaboration and movement to shift violence to being seeing and primarily managed as a health (and community/health) issue is now two years old co-led by Dr. Slutkin, along with former Surgeon General Dr. David Satcher and former Dean of The Johns Hopkins Bloomberg School of Public Health Al Sommer - to change U.S. polices, practices, language, spokespersons, and systems for reducing violence of *all* forms - as a health issue and through a health equity lens.  Violence is the largest health inequity, a SDOH, a determinant of the other determinants and is transmissible - and therefore self sustaining through generations (unless the pattern interrupted) . The collaboration involves 40 cities, 40 national organizations and over 400 health leaders around the country. Separate documents are available on this collaboration to transform the situation of U.S. communities.  Many parallel collaborations also exist between Cure Violence and leading national justice reform groups where our public health inputs are being requested.

On the international level, Cure Violence is working in partnership with the World Bank, IDB, Save the Children, UNICEF and many other partners in Latin America and other regions, is beginning work in conflict zones in partnership with the Swedish International Peace Research Center (SIPRI), the Carter Center, the Harvard Negotiation Project and others to add the new health based paradigm and methods for resolving international conflicts, working in Syria and the Middle East.  A request to begin work to help maintain the Colombia Peace Process is being rapidly developed.

The Cure Violence approach and partnerships have been or are being also applied to prison violence (UK), election violence (Kenya) , "violent extremism" (Morocco, and other countries informally,) in addition to the  newer work in high impact conflict zones.

**Named One of Top NGOs in the World**
Cure Violence was listed as the 12th best NGO in the World, among 500 leading NGOs by the NGO Advisor (formerly Global Geneva), and is listed 1st among organizations devoted to reducing violence.  CV has been on the list of the top 20 NGOS for four consecutive years; it's position advanced two spots from no. 14 on the top 500 list in 2016.

**Media, Awards, Recognition, Visibility**
Dr. Slutkin's  work  has  been featured as the NY Times Sunday Magazine Cover Story, "Blocking The Transmission of Violence", the award winning documentary film,  *"The Interrupters",*  and in over a dozen books, including Studs Terkel's *When the Circle is Unbroken*, *Resilience* by Andrew Zolli, *The Urban Guerilla* by Dave Kilcullen, "*Strange Contagion"* by Lee Kravitz, Laura Bush's autobiography  "*Spoken from the Heart*", "*Everyday Heroes"* by Katrina Fried, and most recently in the award winning Nicholas Kristof and Cheryl WuDunn's book, "*A Path Appears*".  He has appeared on The PBS News Hour, CNN, 60 Minutes, , Al Jazeera,  Morgan Freeman's  "Through the Wormhole", BBC,  and in dozens of other television and radio stations globally, nationally and locally; is quoted regularly in the NY Times, Wall Street Journal, Washington Post, USA Today, The Guardian, Financial Times, The Economist, US News and World Report, New Scientist, Wired, and other leading publications. National and international awards include the U.S. Attorney General's Highest Award for Public Safety;  The State of Illinois" Highest Award, The  Order of Lincoln;  Business in the Public Interest's  "Top 40 Award";  Volvo's First Place national Award for Public Safety, and the UNICEF Humanitarian of the Year Award.

Dr. Slutkin speaks regularly at global, national and local forums including The World Bank, Institute of Medicine, World Economic Forum, UNICEF, White House conferences (Bush and Obama administrations),  White House Domestic Policy Council, US. Dept of Justice National Forums, U.S. State Department, Pentagon, National Intelligence Council; U.S. Strategic Command (STRATCOM), APHA, NACCHO, International Association of Chiefs of Police (IACP), U.S. Conference of Mayors, and multiple universities including Harvard University School of Law, MIT Saxe Lab, UCSF, UC Berkley, Johns Hopkins and  others, as well as multiple other corporate, religious, health and law enforcement conferences.

**COUNTRIES WORKED IN**
Africa: Somalia, Kenya, Tanzania, Malawi, Zaire, Central African Republic, Rwanda, Burundi,
      Cameroun, Liberia, South Africa and others
Asia: Thailand, India
Latin America and Caribbean: Mexico, Honduras, Colombia, Brazil, Jamaica, Trinidad,
Middle East: Iraq, Jordan, Israel, Palestine, Syria
North America: US and Canada
Pacific: Islands American Samoa, Solomon Islands

**CURRENT CITY AND COUNTRY PARTNERSHIPS - See Cure Violence website**

**CURRENT POSITION**

## Founder and Director, Cure Violence, 1995 - Present

Developed and directs organization that reframes and provides new interventions, policies and systems for reducing violence through multiple local, national and international partnerships. using behavior change and epidemic reversal strategies and methods. Cure Violence uses several new categories of workers to interrupt conflicts and maintain persons with the highest risk with care and support, and mobilizes whole community to change norms.

**Senior Advisor**, World Health Organization
**Global Fellow,** Ashoka

**PRIOR POSITIONS**

## U.S. Department of Health and Human Services, Washington, 1994-95

**Coordinator, Division of Violence Prevention**, U.S. Department of Health and Human Services, Office of Assistant Secretary of Health, Washington, D.C.; Advisor and Worked with Dr. Phil Lee
(HHS) and inter-cabinet interagency effort to design national multiple city effort to reduce violence with combined health and criminal justice approaches. Established foundation for Chicago based strategy and development of pilot site.

## World Health Organization (WHO/HQ) 1987- 94

**Chief, Intervention Development and Support,** WHO, 1990-94
Founded and directed 40 person WHO technical unit which reviewed over 20 international
Behavior change efforts; designed behavior change and epidemic control interventions, and supported countries in implementation through technical assistance, training and guiding materials.

## World Health Organization– E. & Central Africa, and global strategy, 1987-90

**Assistant  Director (Global),  Country  Programs,  and**
**Medical  Epidemiologist,  Global  Program  on  AIDS**

Supported Uganda AIDS program (first country in Africa to reverse its epidemic).

Start-up  and  support  to  all  13  countries  in  epicenter  of  African  AIDS  epidemic;  guiding  in  series  of

technical and managerial steps toward epidemic reversal. Developed the method for monitoring trends and responses to HIV/AIDS now used worldwide.

Co-organized technical assistance and training effort to start AIDS programs in 120 countries using 1,500 consultant missions worldwide over 3 years Effort included guiding program strategy, management, monitoring, impact, and donor support. <u>Focus: East and Central Africa</u>.

Coordinated global strategy development on joint AIDS and tuberculosis actions, involving WHO, UNICEF, UNDP, IUATLD, etc.

Represented World Health Organization at dozens of global (e.g. World Council of Ministers of Health, UNICEF, ASEAN Countries, World Bank, IMF, EU, etc.) as well as national political, advocacy, strategy and donor meetings to raise profile of effort or direct strategy according to WHO and country priorities.

## Ministry of Health Somalia, E. Africa 1985-87

**Advisor to the Director, National Primary Health Care Program (PHC), Somalia**
Organized technical assistance and training effort to tuberculosis epidemic in one million refugees in 40 camps, involving thousands of health workers.

Co-directed detection, prevention, and treatment response to widespread cholera epidemic in multiple sites throughout northern half of Somalia.

Advisor and counterpart to Director Primary Health Care, expanded basic health services from 4 to 14 (out of total 18) regions. (AMREF/Flying Doctors, Ministry of Health Refugee Health Unit and USAID)

## University of California San Francisco (UCSF), San Francisco General Hospital (SFGH), and San Francisco Health Department, 1975-85

**Medical Director, Tuberculosis Control, San Francisco Department of Health, 1981-85**
Responsible for reducing the amount of tuberculosis in San Francisco. Epidemic reversed, and multi-drug resistant epidemic prevented. Pioneered outreach for case finding and for maintaining most infectious persons on therapy. Along with one other U.S. city, developed "short course" and "directly observed" approach, subsequentially adapted most cities. SF program is now a national and international training center for this approach and new scientific developments.

**Assoc. Professor, Infectious Diseases, Epidemiology, International Health, UCSF, SFGH, 1981-85**
Physician attending to patients on medical wards and infectious disease service; training medical residents, Interns, and medical students.

**Chief Resident, SFGH and Infectious Disease Fellow, UCSF Department of Epidemiology and International Health, 1979-81**
Concurrently served as SFGH Chief Resident in Medicine and infectious disease fellow, following introductory year in Africa (1978-79; 14 countries).

## EDUCATION

**BS, University of Illinois, Urbana** - Major - Physiology;  Minors - Chemistry, and Psychology,
Summa Cum Laude with Distinction in Physiology
Phi Beta Kappa; Bronze Tablet
**MD, University of Chicago, Pritzker School of Medicine**,
Summa Cum Laude
**Internship, Residency, University of  California, San Francisco (UCSF)**
**Chief Residency,  San Francisco General Hospital (SFGH)**
**Infectious Disease Fellowship, San Francisco General Hospital (SFGH)**
**Board Certified, Internal Medicine and Infectious Diseases**
**Epidemiology and Health Research Methods,** UCSF/UC Berkeley School of Public Health

**Epidemic Control Methods,** World Health Organization (WHO)

# Selected Publications

Slutkin, G On The Communicability of Violence: Theory and Practice (Book in preparation, 2021).

Slutkin G  Cure Violence; The Story of How Violence has been Misdiagnosed and Mistreated: Discovery and the New Way Forward. (Book in preparation, 2021).

Slutkin, G., & Ransford, C. (2020). Violence Is a Contagious Disease: Theory and Practice in the USA and Abroad. Violence, Trauma, and Trauma Surgery: Ethical Issues, Interventions, and Innovations, 67.

Ransford, C., Volker, K., & Slutkin, G. (2019). The Cure Violence Model for Violence Prevention. Locally Led Peacebuilding: Global Case Studies, 171.

Slutkin, G. & Ransford, C. (2019). Time to Treat Epidemic Violence As a Contagious Disease. Youth Today.

Slutkin, G, Ransford, C, and Zvetina, D. "How the Health Sector Can Reduce Violence by Treating it as a Contagion." *AMA Journal of Ethics* 20.1 (2018)

Ransford, C., D. Silverstone, R.B. Decker, G. Slutkin "Cure Violence Model Adaptation for Reducing Prison Violence" (in preparation)

Ransford, Charles, R. Brent Decker, Guadalupe M. Cruz, Francisco Sánchez, and Gary Slutkin. "El modelo Cure Violence: reducción de la violencia en San Pedro Sula (Honduras)." *Revista CIDOB d'Afers Internacionals* 116 (2018): 179-206.

Patton D and Slutkin G; Re-envisioning Violence Prevention in a Digital Age (Submitted to JAMA Pediatrics)

Slutkin, G.. Reducing violence as the next great public health achievement. *Nature Human Behaviour*, *1*, 0025. (2017)

Ranford, C., & Slutkin, G. Seeing and treating violence as a health issue. *In Eds. Brookman, F., Maguire, E., and Maguire, M. The Handbook of Homicide. New York: Wiley*. (2017)

Slutkin, G.. Is Violence 'Senseless'? Not According to Science. Let's Make Sense of It and Treat It Like a Disease. *Health progress, 97*(4), 5. (2016)

Slutkin, G., Ransford, C. L., Decker, R.B., Volker, K. "Cure Violence – An Evidence Based Method to Reduce Shootings and Killings." World Bank. (2015).

Slutkin, G., Ransford, C. L., Decker, R.B. "Cure Violence—Treating Violent Behavior as a Contagious Disease," in Eds. Maltz, M. & Rice, S. *Envisioning Criminology: Researchers on Research as a Process of Discovery*. Springer (2015).

Ransford, C. Guadalupe Cruz, R. Brent Decker & Gary Slutkin.  "The Positive Effects of the Cure Violence Model for Families and Children." Cure Violence/Bernard Van Leer (2015).

Slutkin, G. "Violence Is a Contagious Disease." The Contagion of Violence. Institute of Medicine. Available at: www.cureviolence.org/wp-content/uploads/2014/01/iom.pdf. (2013): 94-111

Ransford, C. L., Kane, C., Slutkin, G. "CeaseFire: A Disease Control Approach to Reduce Violence and Change Behavior." In Eds. Akers, T. & Waltermauer, E. *Epidemiological Criminology*. Routledge. (2013): 232-242

Slutkin, G.  "Treatment of Violence as an Epidemic Disease." in John Snow's Legacy, Epidemiology Without Borders, (2013) Lancet 381 (9874): 1302 - 11.

Fine, P., Victora, C.G., Rothman, K.J., Moore, P.S., Chang, Y., Curtis, V., Heymann, D.L., Slutkin, G., May,

R.M., Patel, V., Roberts, I., Wortley, R., Torgerson, C., Deaton, A. "John Snow's Legacy: Epidemiology Without Borders." Available at http://www.thelancet.com/journals/lancet/article/PIIS0140-6736(13)60771-0/fulltext (2013).

Slutkin, G., al-Suwaji, Z., Volker, K., Decker, R. B., & Gryniewicz, J. **"The CeaseFire Method Applied to Iraq: Changing Thinking and Reducing Violence"** In Eds. Hoffman, J. S., Knox, L. M., and Cohen, R. *Beyond suppression: Global perspectives on youth violence*. ABC-CLIO, (2011): 69-80.

Ransford, C. L., Kane, C., Metzger, T., Quintana, E., and Slutkin, G. An Examination of the Role of CeaseFire, the Chicago Police, Project Safe Neighborhoods, and Displacement in the Reduction in Homicide in Chicago in 2004. In *Youth Gangs and Community Intervention.* Ed. Chaskin, R. J. Columbia University Press: New York. (2010): 76-108

Slutkin, G. et al "How Uganda reversed its HIV epidemic." AIDS Behavior 10.4 (2006): 351-60.

Bell, C.C., L. Mock, and G. Slutkin "The prevalence of victimization and perceptions of Neighborhood safety in a social service agency and the need for screening." Journal of the National Medical Association 94.7 (2002): 602-8.

Slutkin, G. "Global AIDS 1981-1999: the response." The International Journal of Tuberculosis and Lung Disease 4.2 (2000): 24-33.

F Alauddin, RW Blum, MI Diallo [...] G Slutkin, D Widdus, S Woodhouse ; Programming for adolescent health and development -Technical Report Series 930 01/1999; 886:1 -260 (1999).

Grunseit, A. et al "Sexuality education and young people's sexual behavior: a review of Studies." Journal of Adolescent Research 12.4 (1997): 421-53.

Aggleton, P. et al "Risking everything? Risk behavior, behavior change, and AIDS." Science 265.5170 (1994): 341-5.

Slutkin, G. "Can AIDS prevention move to sufficient scale?" Network 13.4 (1993): 16-17.

Narain, J.P. et al "Preventive tuberculosis chemotherapy in HIV infection: a priority for Study." AIDS 13.4 (1993): 744-6.

Gordin, F. and G. Slutkin "The validity of acid-fast smears in the diagnosis of pulmonary tuberculosis." Archives of Pathology and Laboratory Medicine 114.10 (1990):1025-7.

Slutkin, G. et al "The Evaluation of Prevention Efforts in National AIDS Programmes." Assessing AIDS Prevention (1990): 3-14

Gordin, F.M. et al "Presumptive diagnosis and treatment of pulmonary tuberculosis based on radiographic findings." American Review of Respiratory Disease 139.5 (1989): 1090-3.

Chaisson, R.E. and G. Slutkin "Tuberculosis and human immunodeficiency virus infection." Journal of Infectious Diseases 159.1 (1989): 96-100.

Slutkin, G., G.F. Schecter and P.C. Hopewell "The results of 9-month isoniazid-rifampin therapy for pulmonary tuberculosis under program conditions in San Francisco. American Review of Respiratory Disease 138.6 (1988): 1622-4.

Slutkin, G., J. Leowski, and J. Mann "The effects of the AIDS epidemic on the tuberculosis problem and tuberculosis programmes. Bulletin of the International Union against Tuberculosis and Lung Disease 63.2 (1988): 21-4.

Perez-Stable, E.J. et al "Conversion and reversion of tuberculin reactions in nursing home residents." American Review of Respiratory Disease 137.4 (1988): 801-4.

Gordin, F.M. et al "Evaluation of a third sequential tuberculin skin test in a chronic care Population." American Review of Respiratory Disease 137.1 (1988): 153-7.

Gordin, F.M. et al "Antituberculous drug resistance in a predominantly black veteran population." Military Medicine 152.11 (1987): 560-2.

Slutkin, G., E.J. Perez-Stable, and P.C. Hopewell "Time course and boosting of tuberculin reactions in nursing home residents." American Review of Respiratory Disease 134.5 (1986): 1048-51.

Sullam, P.M., G. Slutkin and P.C. Hopewell "The benefits of evaluating close associates of child tuberculin reactors from a high prevalence group." American Journal of Public Health 76.9 (1986): 1109-11.

Slutkin, G. "Management of tuberculosis in urban homeless indigents." Public Health Reports 101.5 (1986): 481-5.

Sullam, P.M. et al "Paromomycin therapy of endemic amebiasis in homosexual men." Sexually Transmitted Diseases 13.3 (1986): 126-30.

Coates, S.R. et al "Identification of Mycobacterium tuberculosis antigens in Seibert Fractions by immunoblotting." Journal of Clinical Microbiology 24.1 (1986): 126-30.

Perez-Stable, E.J. et al "Tuberculin reactivity in United States and foreign-born Latinos: Results of a community-based screening program." American Journal of Public Health 6.6 (1986): 643-6.

Perez-Stable, E.J. and G. Slutkin "A Demonstration of lack of variability among six tuberculin skin test readers." American Journal of Public Health 75.11 (1985):1341-3.

Perez-Stable, E.J. et al "Tuberculin skin test reactivity and conversions in United States And foreign-born Latino children." Pediatric Infectious Disease 4.5 (1985): 476-9.

Addington, W.W. et al "Non-drug issues related to the treatment of tuberculosis." Chest 87.2S (1985): 125S-127S.

Slutkin, G. et al "Comparison of cefonicid and cefazolin for treatment of soft-tissue infections." Review of Infectious Diseases 6.4S (1984): S853-6.

Gove, S. and G. Slutkin "Infections acquired in the fields and forests of the United States." Emergency Medicine Clinics of North America 2.3 (1984): 623-33.

Gove, S. and G. Slutkin "Infectious diseases of travelers and immigrants." Emergency Medicine Clinics of North America 2.3 (1984): 623-33.

Slutkin, G. "Chest Diseases—Important Advances in Clinical Medicine: Current Treatment of Pulmonary Tuberculosis." Western Journal of Medicine 140.1 (1984): 85-86.

Coleman, D. L. and G. Slutkin "Chemoprophylaxis against tuberculosis." Western Journal of Medicine 140.1 (1984): 106-10.

Schecter, W. et al "Tropical pyomyositis of the iliacus muscle in American Samoa." American Journal of Tropical Medicine and Hygiene 32.4 (1983): 809-11.

Mills, J. et al "Ceftizoxime compared with cefamandole for treatment of soft tissue infections." Journal of Antimicrobial Chemotherapy 10.Supplement C (1982): 273-9.

Slutkin, G., A. Gottlieb and J. Mills "Ceftizoxime for treatment of gonorrhea." Journal of Antimicrobial Chemotherapy 10.Supplement C (1982): 237-9.