UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                               )<br>)<br>ERICK LOPEZ FLORES,                )<br>HENRI SALVADOR GUTIERREZ,  )<br>ELISEO VAQUERANO CANAS,    )<br>JONATHAN TERCERO YANES,    )<br>MARLOS REYES, and                    )<br>DJAVIER DUGGINS,                     )<br>     Defendants.                            ) | Cr. No. 18-10450-MLW |

ORDER

WOLF, D.J.                                                            January 13, 2022

For the reasons discussed at the January 12, 2022 hearing, it is hereby ORDERED that:

1. The sentencing hearings scheduled for January 13, 19, 20, and 21, 2022 are CANCELED.

2. The sentencing hearings for all defendants except Marlos Reyes[1] shall begin on February 8, 2022 and continue from day to day until February 16, 2022.

3. As agreed by each defendant, see Dkt. No. 803, all time until the court decides that it is possible and prudent to conduct his sentencing is EXCLUDED for Speedy Trial Act purposes.

---

[1] For the purposes of this Order references to "defendants" do not include Marlos Reyes.

4. The parties shall confer and, by January 21, 2022, at 12:00 noon:

    (a) Report whether each defendant consents to have all or part of his sentencing hearing conducted by videoconference.

    (b) Identify the objections to each defendant's Presentence Report that affect the calculation of the Sentencing Guidelines range.

    (c) File any additional evidence a party proposes the court consider at sentencing, including, but not limited to, any such evidence concerning the murder of Blanca Lainez, whether defendant Djavier Duggins and/or Erick Lopez Flores should get a Guidelines enhancement for obstruction of justice, and the transcript of the grand jury testimony of CW-19 concerning discussions prior to the murder of Herson Rivas.

    (d) File additional briefing on any of the issues discussed at the January 12, 2022 hearing, including, but not limited to, whether any argument by the government concerning the Lainez murder would be inconsistent with its obligations under Santobello v. New York, 404 U.S. 257 (1971), United States v. Canada, 960 F.2d 263 (1st Cir. 1992), and related caselaw.

    (e) State whether any party now requests an opportunity to have witnesses, who shall be identified, testify at a defendant's sentencing and, if so, explain the justification for the request.

(f) Describe with specificity any conflict any counsel has with the sentencing hearings now scheduled for February 8 to 16, 2022.

(g) Address any other issues relevant to sentencing.

5. By January 28, 2022, at 12:00 noon:

(a) The parties shall file any responses to the January 21, 2022 submissions.

(b) Each defendant shall file an updated report on his COVID-19 vaccination status, and state whether he is or recently was infected by COVID-19.

6. A presentencing conference shall be held, by videoconference, on February 2, 2022, at 2:00 p.m. The defendants shall attend.

7. The parties shall order an expedited transcript of the January 12, 2022 hearing.

                                                                                       /s/ Mark L. Wolf
UNITED STATES DISTRICT JUDGE