UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                    )<br>)<br>ERICK LOPEZ FLORES,         )<br>HENRI SALVADOR GUTIERREZ,   )<br>ELISEO VAQUERANO CANAS,     )<br>JONATHAN TERCERO YANES,     )<br>MARLOS REYES, and           )<br>DJAVIER DUGGINS,            )<br>　　　Defendants.            ) | Cr. No. 18-10450-MLW |

ORDER

WOLF, D.J.                                          February 3, 2022

For the reasons discussed at the February 2, 2022 hearing, it is hereby ORDERED that:

1. The videoconference phase of the sentencing hearings for all defendants except Marlos Reyes[1] shall begin on February 7, 2022 at 9:30 a.m., and, if necessary, continue on February 8 and 11, 2022. The in-person phase of the sentencing hearings shall begin on February 14, 2022 at 9:30 a.m., and continue from day to day until February 18, 2022.

2. By February 3, 2022, at 5:00 p.m.,

　　(a) The defendants shall, jointly if possible but separately if necessary, report what issues, in addition to the

---

[1] For the purposes of this Order references to "defendants" do not include Marlos Reyes.

vulnerable victim and use of a minor enhancements, they agree may be decided in the videoconference phase of the hearings.

    (b) Defendant Jonathan Tercero Yanes shall file and briefly address the implications of the First Circuit's recent decision in Diaz Ortiz v. Garland, 2022 WL 92542 (1st Cir. Jan. 10, 2022).

3. By February 10, 2022,

    (a) Each defendant shall file an updated report on his COVID-19 vaccination status, including whether he has received a booster shot, and state whether he is or recently was infected by COVID-19, or then has symptoms indicative of possible COVID-19.

    (b) The parties shall state whether they are requesting testimony regarding the alleged conversation concerning retaliation against CW-13 for recording defendant Salvador Gutierrez and, if so, why such an evidentiary hearing is, or is not, required. See U.S.S.G. §6A1.3; United States v. Rodriguez, 336 F.3d 67, 70 (1st Cir. 2003); United States v. Robles-Torres, 109 F.3d 83, 85 (1st Cir. 1997); United States v. Jimenez Martinez, 83 F.3d 488, 494-95 (1st. Cir. 1996).

    (c) Defendant Djavier Duggins shall file additional briefing on the issue of whether he was an accessory after the fact concerning the murder of Herson Rivas.

4. At the outset of the February 7, 2022 hearing the court will ask each defendant if he has read, or had read to him in

2

Spanish, his Presentence Report, including objections, and discussed it with his counsel.

5. The parties shall order an expedited transcript of the February 2, 2022 hearing.

                                                                                     /s/ *signature*
                                             UNITED STATES DISTRICT JUDGE