```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA      )
                              )
          v.                  )    Cr. No. 18-10450-MLW
                              )
ERICK LOPEZ FLORES,           )
HENRI SALVADOR GUTIERREZ,     )
ELISEO VAQUERANO CANAS,       )
JONATHAN TERCERO YANES,       )
MARLOS REYES, and             )
DJAVIER DUGGINS,              )
     Defendants.              )
```

                                ORDER

WOLF, D.J.                                      February 4, 2022

In the February 3, 2022 Order, the court informed the parties that it would at the February 7, 2022 hearing ask each defendant if he had read, or had read to him, his Presentence Report, including any Addendum, as required by Federal Rule of Criminal Procedure 32(i)(1)(A). See Dkt. No. 847 ¶4. The court notes that it would be sufficient if a defendant only reviewed the Presentence Report with his attorney and is familiar with it, including material issues it raises. See, e.g., United States v. DeLeon, 704 F.3d 189, 196 (1st Cir. 2013).

In addition, the parties are hereby informed that the court has received from Probation and read the grand jury testimony of CW-22 (Bates #6900-6992), which Probation cited in response to defendant Eliseo Vaquerano Canas' objection to the U.S.S.G. §3B1.4 use of a minor enhancement. The parties shall be prepared to

address the implications of that testimony, particularly pages 1, and 16-35.

                                            /s/ Mark L. Wolf
                                    UNITED STATES DISTRICT JUDGE