IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ERICK LOPEZ-FLORES | No. 18-cr-10450-MLW |

**DEFENDANT ERICK LOPEZ-FLORES'**
**SUPPLEMENTAL SENTENCING EXHIBITS**

Defendant, Erick Lopez-Flores, hereby submits the following additional documents in connection with sentencing.

Exhibit A:   Allocution Letter to the Court

Exhibit B:   English Translation of Planned Spanish Oral Allocution Statements

Exhibit C:   Letter from Wyatt employee just received by counsel

Respectfully submitted,

ERICK LOPEZ-FLORES
by his attorneys,

*/s/ William Fick*
WILLIAM W. FICK, ESQ. (BBO # 650562)
AMY BARSKY, ESQ. (BBO # 601111)
FICK & MARX LLP
24 Federal Street, 4th Floor
Boston, MA 02110
(857) 321-8360
WFICK@FICKMARX.COM
ABARSKY@FICKMARX.COM

**Certificate of Service**

I, William Fick, certify that I have caused a true copy of this motion to be served on all counsel of record via CM/ECF on February 14, 2022.

/s/ William Fick

# Exhibit A

I was never good at grammar or big words, and I know anyone can say there're sorry, but I really want Herson's family to know how terrible I feel for killing her son Herson. I know they feel hurt and destroyed. I know I am part of the reason. I am ashamed of what I did, of helping to kill him. I know there's nothing in this world I can say to Herson's family to make them feel better. I wish I could go back in time and not get into my car that night. I know that when I made that decision, I caused Herson's death. It haunts me everyday. I know I deserve to be punished for being part of killing Herson, and I will serve every day of my sentence knowing that.

I know my words might not mean anything to you today, or maybe ever, but I want you to know I'm not pretending I didn't do anything. Maybe in the future it will help you know that I was wrong and I should have spoke up and helped Herson instead of being part of his death.

When I think about Herson, I think how he doesn't have a life anymore, not even one to be in prison, and I think about how I helped take his life away. I think about the things I've learned about myself since I've been in jail, and how, if I learned them before, I might not have been so angry about things that happened in my childhood, or I might have tried to get help.

maybe I wouldn't be so scared that people would leave me if I did what I thought was right, instead of what I thought I had to do. I am ashamed that being scared saved me, but it killed Herson.

    I also want to say I am sorry to my family. I tried a lot of my life to stop my brothers and sister from joing any gangs or people that would make them do things that they don't want to do. I am proud of them for having a good lives. But even if they didn't join, I still did them wrong, because now I'm not there to help them anymore. I will always keep trying to help them, but I know I could do a lot more if I was home. I am so sorry to my mom. She has been there for me the whole time I been in prison. She raised me and always worked so hard, and she still does. I used to be able to help her with my brothers, but now she has to do it alone. I used to be able to fix things around the house, to do things she needed done and now I can't do that either. I also so sorry to my son Anthony. I am sorry for not being there for him and not being a father and not always making him feel safe. I know what it feels like to not know your father, and now that's how my son must feel about me. When he grows up, I want him to know I don't feel proud of how I lived my life and what I did to Herson. I want him to know that I know that I was wrong.

    I liked working at Dunkin' Donuts because I knew everything about my job. Before my accident, I had a good memory for orders. When you have a regular customer they always come to you to make their coffee, and it makes you feel good.

A bunch of people coming to me to make their coffee, it made me feel good to make someone happy. Even if I didn't know their names, when I see someone I know, I know from their face what they want, how many sugars, how much milk. It's sad that I can't work at dunks anymore, but when I started baking in the kitchen at Wyatt, it felt like starting to build a life there. It still feels good making stoff for people, like the crazy dude that stood up from his table and yelled "E! I Love you! This cake is delicious, I don't care who's listing, I love you!" It reminded me how I used to feel at dunks. But except for dunks, my whole life I always felt like nothing I did was good enough. And after my accident, when I couldn't remember orders, I couldn't do good their either. I was at the bottom of the bottom, with the scars on my face and loosing my girlfriend. But I never lose hope. It's the only thing that keeps me sane. I think about getting a tattoo that says HOPE. I would like to help younger guys not to make the same mistake I made and not to lose hope so they don't join a gang. If I can do that in a step down program or use myself as an example some other way when I go up the road, I would like t

   I know I can't take back what I did, but trust me, I won't forget about it. I know I can't bring Herson back and I can't change what I did, but I want to do whatever I can to give something back to the world. I will keep working, no matter where they send me, and I want to learn a trade. I want to help my mom put up a business to sell coffee and bread. I will send home whatever I have to let her buy the coffee machine.

I know I can help her from being the head baker at Wyatt and working so many years at Dunks. I want her to have something she can depend on. If it ever was successful and if I get out I want to work for her business and I made something to go to that I helped build. I might ask my mom to name the coffee shop after my grandmother: "Mama Elida". I would want the shop to be about moms, because they are so important. My grandmother was like a mom to me. She loved me even when I made terrible mistake. A shop about moms would remind me about Herson's mom and how she doesn't have her son anymore because of me. I will never forget that, and I won't forget Herson and the horrible mistake I made.

    I've learned so much about myself since I been locked up on this charge. Probably if I hadn't opened up to my legal team and the PSR lady, I would be more angry at everything. Probably I would have got into fights at Wyatt instead of walking away. I know I have more to learn about myself, so when I get up the road, I want to do counseling, to talk to someone about what's going through my mind. I think it will relieve me from a lot of stress and help me understand other people better. I get why I couldn't do Restorative Justice at Wyatt, but now that I know about it, I want to do that too if I can when I get up the road. I see it as you talk about somebody else, the people you hurt and then you talk about you and it gives me more to understand.

    Judge, I want to tell you that I will work hard for however long I am in prison. I will keep not getting any tickets. I won't have problems with anyone or if I do, I will walk away. I will do all the programs I can, anything that will help me with a

or help me be better. I will keep trying to understand why I did. If I get out, I will do what I have to so I don't drink, and I will always try to do the right thing. I want to feel the sun again but I know I have to earn it. I promise you I will. I Sincerly Apoligiez from the bottom of my heart for all my mistake and all the pain I have cause everyone. Thank you your honor for this opportunidy to express myself to you.

Exhibit B

To Ms. Rivas:

I know my words don't mean anything now or maybe ever, but I want you to know that I ask for forgiveness from the bottom of my heart. I know that it won't bring your son back and I know I don't deserve your forgiveness. And I want to tell you I'm not pretending that I didn't do anything. And I will live the rest of my life knowing that. If I could take away all of the pain that you and your family feel, I would do it because I know it is my fault. Because of me, your family is destroyed. I'm sorry, sincerely, I am sorry for the great pain I caused.

To Erick's mother:

Mami I love you and I want to thank you for being with me, in the good and the bad. I love you, mom. Thank you for showing/teaching me that the love of a mother isn't like anything else in this world.

Exhibit C

# CENTRAL FALLS
# DETENTION FACILITY CORPORATION

To who it may concern:

My name is Adrienne Benfante and I am writing to you in regards to Mr. Flores. I work for Aramark as a commissary worker at the Wyatt Detention Center. I have been interacting with him for 14 months both in his unit while delivering commissary and throughout the week while he works in the kitchen. He is a extremely hard worker, the only time I have known him to miss work is when he was sick. Mr. Flores has never been in any trouble since becoming a worker. He has never a had a ticket. Every single interaction I have had with him has been respectful and pleasant. If you have any questions please feel free to reach out to me. Sincerely, Adrienne Benfante.

Wyatt Detention Facility
950 High Street
Central Falls, Rhode Island   02863