IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES<br><br>v.<br><br>ERICK LOPEZ-FLORES | No. 18-cr-10450-MLW |

## NOTICE OF APPEAL

Defendant, Erick Lopez-Flores, hereby appeals from the judgment of the District Court in the above-captioned case (Dkt # 929, entered March 4, 2022) to the United States Court of Appeals for the First Circuit.

Respectfully submitted,

ERICK LOPEZ-FLORES
by his attorneys

/s/ William W. Fick
WILLIAM W. FICK, ESQ. (BBO # 650562)
AMY BARSKY, ESQ. (BBO # 601111)
FICK & MARX LLP
24 Federal Street, 4th Floor
Boston, MA 02210
(857) 321-8360
WFICK@FICKMARX.COM
ABARSKY@FICKMARX.COM

## Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 7, 2022.

/s/ William Fick